## RIDLEY *v.* STATE

[No. 250, September Term, 1958.]

*Decided June 5, 1959.*

The cause was argued before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

*Milton B. Allen,* with whom were *Brown, Allen & Watts* on the brief, for appellant.

*Shirley Brannock Jones, Assistant Attorney General,* with whom were *C. Ferdinand Sybert, Attorney General, J. Harold Grady, State's Attorney for Baltimore City,* and *Frank J. Mar-*

*cellino, Assistant State's Attorney for Baltimore City,* on the brief, for appellee.

PER CURIAM.

The sole question involved in this appeal is whether the appellant, who was convicted of the unauthorized use of a motor vehicle under the Code (1957), Article 27, Section 349, possessed criminal intent, a necessary element of the offense, *Anello v. State,* 201 Md. 164, when he was physically using an automobile belonging to another. The question of his intention, of course, involved a question of fact. We recently quoted from a celebrated statement of Lord Bowen in an action of deceit to the effect that the state of a man's mind is as much a question of fact as the state of his digestion. *Tufts v. Poore,* 219 Md. 1, 11. We have carefully examined the record; the evidence, and permissible inferences therefrom, fully support the finding of the trial judge that the appellant possessed criminal intent when using the automobile. *Anello v. State, supra.*

*Judgment affirmed.*